# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

February 16, 2006

By Electronic Filing

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

Re:    *Mark S. Merado v. AstraZeneca Pharmaceuticals LP, et al.,*
C.A. No. 06-71 (GMS)
*Neil Lefton v. AstraZeneca AB, et al.,*
C.A. No. 06-73 (GMS)
*Mary Anne Gross v. AstraZeneca Pharmaceuticals LP, et al.,*
C.A. No. 06-81 (GMS)
*Int'l Assoc. of Firefighters Local 22 Health & Welfare Fund v.*
*AstraZeneca Pharmaceuticals, LP., et al.,*
C.A. No. 06-83 (GMS)
*A.F. of L. AGC Building Trades Welfare Plan, et al. v.*
*AstraZeneca Pharmaceuticals, LP., et al.,*
C.A. No. 06-86 (GMS)
*United Union of Roofers, et al. v. AstraZeneca Pharmaceuticals,*
*LP., et al.,*
C.A. No. 06-93 (GMS)
*Plumbers and Pipefitters Local 572 Pension Fund v.*
*AstraZeneca Pharmaceuticals, LP., et al.,*
C.A. No. 06-102 (UNA)

Dear Judge Sleet:

Yesterday we filed with the Court a proposed Case Management Order to consolidate the proceedings in three direct purchaser class actions concerning defendants' Toprol-XL product. (C.A. Nos. 06-52 (GMS), 06-63 (GMS), and 06-79 (GMS)). In addition, there are seven other related class actions (set forth above) involving indirect purchasers of Toprol-XL. This is to advise the Court that defendants intend to negotiate and propose to the Court a further Case Management Order to address these related cases as well. Defendants may

Hon. Gregory M. Sleet
February 16, 2006
Page 2


request the Court to consolidate or coordinate the direct and indirect purchaser actions. Plaintiffs
in the three direct purchaser class actions have reserved the right to object to such a request.

Respectfully,

*Jack Blumenfeld*

Jack B. Blumenfeld (#1014)


/cbh
cc:     Peter T. Dalleo, Clerk (by hand)
        Jeffrey S. Goddess, Esq. (by hand)
        Jessica Zeldin, Esq. (by hand)
        Pamela S. Tikellis, Esq. (by hand)
        Gary F. Traynor, Esq. (by hand)
        Seth D. Rigrodsky, Esq. (by hand)
        Karen L. Morris, Esq. (by telecopy)
        Ronan P. Harty, Esq. (by telecopy)
        Linda P. Nussbaum, Esq. (by telecopy)
        Michael D. Hausfeld, Esq. (by telecopy)
        Daniel Berger, Esq. (by telecopy)
        Thomas M. Sobol, Esq. (by telecopy)

507139