%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

PLUMBERS AND PIPEFITTERS LOCAL 572
PENSION FUND, on behalf of itself and all
others similarly situated

**SUMMONS IN A CIVIL CASE**

Plaintiff,

V.

CASE NUMBER:    0 6    1 0 2  –

ASTRAZENECA PHARMACEUTICALS LP, a
Delaware Corporation, ASTRAZENECA LP,
ASTRAZENECA AB, and AKTIEBOLAGET
HASSLE,

Defendants.

TO: (Name and address of Defendant)

Astrazeneca LP
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert R. Davis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___30___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T DALLEO

FEB 1 5 2006

CLERK

DATE

Evette Wars

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>February 17, 2006 |
| NAME OF SERVER (*PRINT*)<br>Danny P. Randolph, Jr. | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):  **Served: Astrazeneca LP c/o Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.  Copies thereof were accepted by Scott LaScala at 10:15 a.m.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/17/06___
           Date

*Signature of Server*

**Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19801**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.